UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SONYA DELPHINE JONES, | ) | No. EDCV 10-1942 RGK (FFM) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| JAVIER CAVAZOS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 4, 2011

_____
R. GARY KLAUSNER
United States District Judge